AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| United States of America | ) |
|---|---|
| v. | ) Case No. CR 2 5 - 0 3 9   RSM |
| JENNI YOON JEONG LEE | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JENNI YOON JEONG LEE
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-3 (Wire Fraud) in violation of 18 U.S.C. §§ 1343 and 2
Counts 4-5 (Bank Fraud) in violation of 18 U.S.C. §§ 1344(2) and 2

Date:   03/19/2025

*Issuing officer's signature*

T. Hickman
*Printed name and title*

City and state:   Seattle, Washington

### Return

This warrant was received on *(date)* 3/19/2025, and the person was arrested on *(date)* 3/21/2025
at *(city and state)* Seattle, WA

Date: 3/21/2025

*Arresting officer's signature*

Jesse Slay   Special Agent
*Printed name and title*