

# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT OF WASHINGTON
### Passport/ID Receipt

Court Location: Seattle

Defendant: Lee, Jenni Yoon Jeong

Received from:

Date: 3/24/2025

Case Number: 25-cr-039

Item type: Passport or identification

Item: U.S. Passport

Quantity: 1

Expiration date: 8/16/2032