1

THE HONORABLE RICARDO S. MARTINEZ

2

3

4                   UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
5                          AT SEATTLE

6

UNITED STATES OF AMERICA,           )   No. CR25-039-RSM
7                                    )
              Plaintiff,             )   ORDER TO CONTINUE TRIAL AND
8                                    )   EXTEND PRETRIAL MOTIONS
         v.                          )   DEADLINE
9                                    )
JENNI YOON JEONG LEE,                )
10                                   )
              Defendant.             )
11  _____)

12          THE COURT has considered Jenni Yoon Jeong Lee's motion to continue the

13  trial date and extend the pretrial motions deadline and finds that:

14          (a) taking into account the exercise of due diligence, a failure to grant a

15  continuance in this case would deny counsel the reasonable time necessary for effective

16  preparation due to counsel's need for more time to review the evidence, consider

17  possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C.

18  § 3161(h)(7)(B)(iv);

19          (b) a failure to grant such a continuance would likely result in a miscarriage of

20  justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

21          (c) the additional time requested is a reasonable period of delay as the defendant

22  has requested more time to prepare for trial, to investigate the matter, to gather evidence

23  material to the defense, and to consider possible defenses;

24          (d) the ends of justice will best be served by a continuance, and the ends of

25  justice outweigh the best interests of the public and the defendant in any speedier trial,

26  as set forth in 18 U.S.C. § 3161(h)(7)(A);

ORDER TO CONTINUE TRIAL AND EXTEND
PRETRIAL MOTIONS DEADLINE
(*United States v. Jeong Lee*, CR25-039-RSM) - 1

(e) the time requested between the current trial date and the new trial date is needed to provide counsel the reasonable time necessary to prepare for trial considering counsel's schedule and all the facts set forth above; and

(f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS ORDERED that the trial date shall be continued to December 1, 2025, and that pretrial motions shall be filed no later than October 10, 2025.

DONE this 7th day of April 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Jenni Jeong Lee

ORDER TO CONTINUE TRIAL AND EXTEND
PRETRIAL MOTIONS DEADLINE
(*United States v. Jeong Lee*, CR25-039-RSM) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**